# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−18212−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael A Branca
405 Cecelia Drive
Blackwood, NJ 08012

Nancy Branca
405 Cecelia Drive
Blackwood, NJ 08012

Social Security No.:
xxx−xx−3585    xxx−xx−2973

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 8, 2018.

On August 17, 2018, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:    September 19, 2018
Time:    09:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 17, 2018
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-18212-JNP
Michael A Branca                                                        Chapter 13
Nancy Branca
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3               Date Rcvd: Aug 17, 2018
                              Form ID: 185             Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
```
db/jdb         +Michael A Branca,    Nancy Branca,    405 Cecelia Drive,    Blackwood, NJ 08012-3806
515486737      +AR RESOURCES, INC.,    P.O. BOX 1056,    Blue Bell, PA 19422-0287
515486732      +America Servicing Corp,    8480 Stagecoach Circle,    Frederick, MD 21701-4747
515486734      +Amex/American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
515486735      +Apex Asset Management,    1891 Santa Barbara Drive,    #204,    Lancaster, PA 17601-4106
515486736      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
515486738      +Ars /Account Resolution Services,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
515486743     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
515486759     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  HOME DEPOT,    P.O. BOX 182676,    Columbus, OH 43218)
515501213      +CITIMORTGAGE, INC.,    Fein Such Kahn & Shepard, PC,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4673
515608283       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515486744      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
515486745      +Citimortgage, Inc,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
515486749      +DIAGNOSTIC PATHOLOGY CONSULTANTS,    P.O. BOX 60100,    North Charleston, SC 29419-0100
517425271      +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515486751      +Emerg Phy Assoc of S. Jersey, PC,    P.O. BOX 740021,    Cincinnati, OH 45274-0021
515486752      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
515486753      +GARDEN STATE OBGYN,    2401 EVESHAM ROAD,    Voorhees, NJ 08043-9590
515486757      +GLOUCESTER TOWSNHIP EMS,    P.O. BOX 1016,    Voorhees, NJ 08043-7016
515486760      +HRRG,    P.O. BOX 189053,    Fort Lauderdale, FL 33318-9053
515486761      +HRRG,    P.O. BOX 459080,    SUNRISE, FL 33345-9080
515486762      +INDIANA US SERVICE CENTER,    630 KOLTER DRIVE,    Indiana, PA 15701-3570
515486763      +INFINITY CLINICAL,    495 NORTH 13TH STREET,    Newark, NJ 07107-1317
515486765      +JEFFERSON UNIVERSITY,    P.O. BOX 40089,    Philadelphia, PA 19106-0089
515486764      +Jared/Sterling Jewelers,    Po Box 1799,    Attn: Bankruptcy,    Akron, OH 44309-1799
515486767      +KENNEDY UNIVERSITY,    P.O. BOX 48023,    Newark, NJ 07101-4823
515486766      +Kennedy Health System,    P.O. Box 48023,    Newark, NJ 07101-4823
515486772      +NICOLE BRANCA,    405 CECELIA DRIVE,    Blackwood, NJ 08012-3806
515486771      +NICOLE BRANCA,    405 CECILIA DRIVE,    Blackwood, NJ 08012-3806
515486773     #+PENN CREDIT,    916 S. 14TH STREET,    Harrisburg, PA 17104-3425
515486774      +Quest Diagnostics,    P.O. Box 740698,    Cincinnati, OH 45274-0698
515486775      +RANCOCAS ANESTHESIOLOGY,    P.O. BOX 9500-3170,    Philadelphia, PA 19195-0001
515486776      +REMIX,    p.o. box 765,    Rocky Hill, NJ 08553-0765
515486777      +SANAT MANDAL, MD.,    829 SPRUCE STREET,    Philadelphia, PA 19107-5752
515486778      +SOUTH JERSEY RADIOLOGY,    P.O. BOX 1710,    Voorhees, NJ 08043-7710
515486779      +STATE COLLECTION SERVICE, INC.,    2509 S. STOUHGTON ROAD,    Madison, WI 53716-3314
515486780      +SUNRISE CREDIT SERVICES, INC.,    260 AIRPORT PLAZA,    Farmingdale, NY 11735-4021
515486781      +Suntrust Mortgage/cc 5,    Attn:Bankruptcy Dept,    1001 Semmes Ave Mc Va-Wmrk-7952,
                 Richmond, VA 23224-2245
515486783      +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
515486785       Tnb - Target,    C/o Target Credit Services,    Minneapolis, MN 55440
515486784      +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
515486786      +VIRTUA HEALTH,    P.O. BOX 8500-8267,    Philadelphia, PA 19178-0001
515486787      +VIRTUA MEDICAL GROUP, PA,    P.O. BOX 95000,    Philadelphia, PA 19195-0001
515486788      +VIRTUAL RADIOLOGIC CORPORATION,    P.O. BOX 371863,    Pittsburgh, PA 15250-7863
515486789      +Weichert Financial Srv,    1625 Rte 10,    Morris Plains, NJ 07950-2900
515486758       healthcare revenue recovery group,    p.o. box 459080,    Fort Lauderdale, FL 33345-9080
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      Ally Capital,
                 serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN  55113-0004
cr              E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      Ally Financial,
                 PO Box 130424,    Roseville, MN  55113-0004
515486727      +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 18 2018 00:15:21      ALLIANCE ONE,
                 P.O. BOX 3101,    Southeastern, PA 19398-3101
515486729      +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      ALLY FINANCIAL,
                 P.O. BOX 380901,    Minneapolis, MN 55438-0901
515486728      +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      ALLY FINANCIAL,
                 200 RENAISSANCE CENTER,    Detroit, MI 48243-1300
515486733      +E-mail/Text: bkrpt@retrievalmasters.com Aug 18 2018 00:16:19      AMERICAN MEDICAL COLLECTION,
                 P.O. BOX 1235,    Elmsford, NY 10523-0935
```

```
District/off: 0312-1          User: admin              Page 2 of 3                  Date Rcvd: Aug 17, 2018
                              Form ID: 185             Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515517125         E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      Ally Capital,    PO Box 130424,
                  Roseville, MN 55113-0004
515486730        +E-mail/Text: bkrpt@retrievalmasters.com Aug 18 2018 00:16:19      Amca,    2269 S Saw Mill,
                  Elmsford, NY 10523-3832
515502668         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2018 00:20:59
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK  73126-8941
515486739        +E-mail/Text: info@chcollects.com Aug 18 2018 00:17:46     C&H COLLECTIONS,    P.O. BOX 1399,
                  Merchantville, NJ 08109-0399
515486746        +E-mail/Text: legal-dept@cooperhealth.edu Aug 18 2018 00:18:01      COOPER HOSPITAL,
                  1 COOPER PLAZA,    Camden, NJ 08103-1489
515486747        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 18 2018 00:17:37
                  CREDIT COLLECTION SERVICES,    TWO WELLS AVE.,   Newton Center, MA 02459-3246
515486741        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 00:20:54      Cap One,
                  Po Box 5253,    Carol Stream, IL 60197-5253
515486740        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 00:21:24      Cap One,
                  Po Box 30253,    Salt Lake City, UT 84130-0253
515486742        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 00:20:53      Capital 1 Bank,
                  Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
515486748        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 18 2018 00:21:56      Credit One Bank,
                  Po Box 98873,    Las Vegas, NV 89193-8873
515486750        +E-mail/Text: bankruptcynotices@dcicollect.com Aug 18 2018 00:17:16
                  DIVERSIFIED CONSULTANTS, INC,    P.O. BOX 551268,    JACKSONVILLE, FL 32255-1268
515486754        +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:20:49     GECRB/JC Penny,
                  Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
515486755        +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:20:49     GECRB/Linen N' Things,
                  Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
515486756        +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:21:48     GECRB/Lowes,
                  Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
515486768        +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 18 2018 00:15:31      Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515696885         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2018 00:21:59
                  LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
515486769        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2018 00:16:20      Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515486770        +E-mail/Text: bankruptcydepartment@tsico.com Aug 18 2018 00:17:30      NCO Financial Systems,
                  P.O. Box 15889,    Wilmington, DE 19850-5889
515696803         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2018 00:21:52
                  Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
515569629        +E-mail/Text: ecf@buckleyking.com Aug 18 2018 00:15:25      Sterling Jewelers, Inc.,
                  dba Jared The Galleria of Jewelry,    c/o Buckley King LPA,    600 Superior Avenue,   Suite 1400,
                  Cleveland, Ohio 44114-2693
515486782        +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:21:48     Syncb/walmart,    Po Box 965024,
                  Orlando, FL 32896-5024
515486731        +E-mail/Text: bkrpt@retrievalmasters.com Aug 18 2018 00:16:19      amca,    p.o. box 1235,
                  Elmsford, NY 10523-0935
                                                                                                TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516462784*       Ally Capital,    PO Box 130424,    Roseville MN 55113-0004
                                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                  Signature:   /s/Joseph Speetjens

```
District/off: 0312-1            User: admin                 Page 3 of 3         Date Rcvd: Aug 17, 2018
                                Form ID: 185                Total Noticed: 76
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:

    Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
    John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
    Mitchell L Chambers, Jr.    on behalf of Debtor Michael A Branca ecfbc@comcast.net
    Mitchell L Chambers, Jr.    on behalf of Joint Debtor Nancy  Branca ecfbc@comcast.net
    R. A. Lebron    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com
    Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE2 rsolarz@kmllawgroup.com
    Thomas R. Dominczyk    on behalf of Creditor    Sterling Jewelers, Inc. dba Jared The Galleria of Jewelry tdominczyk@mauricewutscher.com

                                                                                                                                    TOTAL: 9