**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
  0 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease          1 Lien Avoidance

Last revised: December 1, 2017

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: **Michael A Branca**                                    Case No.: **15-18212**
       **Nancy Branca**                                         Judge: **JNP**
                        Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☐ Modified/Notice Required           Date: **8/17/18**
☐ Motions Included            ☑ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **MLC**       Initial Debtor: **MAB**       Initial Co-Debtor **N B**

## Part 1: Payment and Length of Plan

      a. The debtor shall pay $8,599.00 paid to date, then $190.00 per month for 18 more months. The total length of the plan shall be for approximately **57** months.

      b. The debtor shall make plan payments to the Trustee from the following sources:
- [✓] Future Earnings
- [ ] Other sources of funding (describe source, amount and date when funds are available):

      c. Use of real property to satisfy plan obligations:
- [ ] Sale of real property
  Description:
  Proposed date for completion: _____

- [ ] Refinance of real property:
  Description:
  Proposed date for completion: _____

- [✓] Loan modification with respect to mortgage encumbering property:
  Description: Debtors were approved for a modification and said motion is pending with the Court.
  Proposed date for completion: _____

      d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

      e. [ ] Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          [X] NONE

      a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

      b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Mitchell Lee Chambers, Esq.** | **Attorney Fees** | **2640.00** |
| **Mitchell Lee Chambers, Esq.** | Supplemental Fees | 500.00 |
| **Mitchell Lee Chambers, Esq.** | Supplemental Fees | 300.00 |
| **Mitchell Lee Chambers, Esq.** | Supplemental Fees | 800.00 |
| **KML Law** | Attorney Fees | 531.00 |
| **Ally Financial** | Administration Fees | 325.00 |

      b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
      Check one:
- [✓] None
- [ ] The allowed priority claims listed below are based on a domestic support obligation that has been

2

assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| America Servicing Corp | 405 CECILIA DRIVE BLACKWOOD, NJ 08012 | 1,144.63 | 0.00 | 1,144.63 | 1,525.00 |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **ALLY FINANCIAL** | | 0.00 | 0.00 |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Sterling Jewelrs, Inc** | JEWELRY | 4,459.73 |

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7:  Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be**

filed with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☐ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **Citimortgage, Inc** | **405 CECILIA DRIVE BLACKWOOD, NJ 08012** | 2nd Mortgage | 44,699.00 | 172,000.00 | 0.00 | 197,987.00 | 0.00 |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| CitiMortgage, Inc. | 405 Cecilia Drive, Blackwood, NJ 08012 | 44,699.00 | 172,000.00 | 197,987.00 | 0.00 | 44,699.00 |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate
☑ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

5

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    X NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **9/1/2017**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Debtors were approved for a loan modification** | **Debtors were approved for a loan modification** |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☑ Yes   ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☑ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $220.49 per month for 39 months, then $190.00 per month for 18 months**

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | **August 17, 2018** | /s/ Mitchell Lee Chambers, Esq. |
|---|---|---|
| | | **Mitchell Lee Chambers, Esq. 9223** |
| | | Attorney for the Debtor |
| Date: | **August 17, 2018** | /s/ Michael A Branca |
| | | **Michael A Branca** |
| | | Debtor |
| Date: | **August 17, 2018** | /s/ Nancy Branca |
| | | **Nancy Branca** |
| | | Joint Debtor |

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

| Date | **August 17, 2018** | /s/ Mitchell Lee Chambers, Esq. |
|---|---|---|
| | | **Mitchell Lee Chambers, Esq. 9223** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | **August 17, 2018** | /s/ Michael A Branca |
|---|---|---|
| | | **Michael A Branca** |
| | | Debtor |
| Date: | **August 17, 2018** | /s/ Nancy Branca |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Nancy Branca**
Joint Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-18212-JNP
Michael A Branca                                                    Chapter 13
Nancy Branca
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3            Date Rcvd: Aug 17, 2018
                              Form ID: pdf901          Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
```
db/jdb        +Michael A Branca,    Nancy Branca,    405 Cecelia Drive,    Blackwood, NJ 08012-3806
515486737     +AR RESOURCES, INC.,    P.O. BOX 1056,    Blue Bell, PA 19422-0287
515486732     +America Servicing Corp,    8480 Stagecoach Circle,    Frederick, MD 21701-4747
515486734     +Amex/American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
515486735     +Apex Asset Management,    1891 Santa Barbara Drive,    #204,    Lancaster, PA 17601-4106
515486736     +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
515486738     +Ars /Account Resolution Services,    1801 Nw 66th Ave,    Fort Lauderdal, FL 33313-4571
515486743    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
515486759    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: HOME DEPOT,    P.O. BOX 182676,    Columbus, OH 43218)
515501213     +CITIMORTGAGE, INC.,    Fein Such Kahn & Shepard, PC,    7 Century Drive, Suite 201,
                Parsippany, NJ 07054-4673
515608283      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515486744     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
515486745     +Citimortgage, Inc,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
515486749     +DIAGNOSTIC PATHOLOGY CONSULTANTS,    P.O. BOX 60100,    North Charleston, SC 29419-0100
517425271     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515486751     +Emerg Phy Assoc of S. Jersey, PC,    P.O. BOX 740021,    Cincinnati, OH 45274-0021
515486752     +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
515486753     +GARDEN STATE OBGYN,    2401 EVESHAM ROAD,    Voorhees, NJ 08043-9590
515486757     +GLOUCESTER TOWSNHIP EMS,    P.O. BOX 1016,    Voorhees, NJ 08043-7016
515486760     +HRRG,    P.O. BOX 189053,    Fort Lauderdale, FL 33318-9053
515486761     +HRRG,    P.O. BOX 459080,    SUNRISE, FL 33345-9080
515486762     +INDIANA US SERVICE CENTER,    630 KOLTER DRIVE,    Indiana, PA 15701-3570
515486763     +INFINITY CLINICAL,    495 NORTH 13TH STREET,    Newark, NJ 07107-1317
515486765     +JEFFERSON UNIVERSITY,    P.O. BOX 40089,    Philadelphia, PA 19106-0089
515486764     +Jared/Sterling Jewelers,    Po Box 1799,    Attn: Bankruptcy,    Akron, OH 44309-1799
515486767     +KENNEDY UNIVERSITY,    P.O. BOX 48023,    Newark, NJ 07101-4823
515486766     +Kennedy Health System,    P.O. Box 48023,    Newark, NJ 07101-4823
515486772     +NICOLE BRANCA,    405 CECELIA DRIVE,    Blackwood, NJ 08012-3806
515486771     +NICOLE BRANCA,    405 CECILIA DRIVE,    Blackwood, NJ 08012-3806
515486773    #+PENN CREDIT,    916 S. 14TH STREET,    Harrisburg, PA 17104-3425
515486774     +Quest Diagnostics,    P.O. Box 740698,    Cincinnati, OH 45274-0698
515486775     +RANCOCAS ANESTHESIOLOGY,    P.O. BOX 9500-3170,    Philadelphia, PA 19195-0001
515486776     +REMIX,    p.o. box 765,    Rocky Hill, NJ 08553-0765
515486777     +SANAT MANDAL, MD.,    829 SPRUCE STREET,    Philadelphia, PA 19107-5752
515486778     +SOUTH JERSEY RADIOLOGY,    P.O. BOX 1710,    Voorhees, NJ 08043-7710
515486779     +STATE COLLECTION SERVICE, INC.,    2509 S. STOUHGTON ROAD,    Madison, WI 53716-3314
515486780     +SUNRISE CREDIT SERVICES, INC.,    260 AIRPORT PLAZA,    Farmingdale, NY 11735-4021
515486781     +Suntrust Mortgage/cc 5,    Attn:Bankruptcy Dept,    1001 Semmes Ave Mc Va-Wmrk-7952,
                Richmond, VA 23224-2245
515486783     +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
515486785      Tnb - Target,    C/o Target Credit Services,    Minneapolis, MN 55440
515486784     +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
515486786     +VIRTUA HEALTH,    P.O. BOX 8500-8267,    Philadelphia, PA 19178-0001
515486787     +VIRTUA MEDICAL GROUP, PA,    P.O. BOX 95000,    Philadelphia, PA 19195-0001
515486788     +VIRTUAL RADIOLOGIC CORPORATION,    P.O. BOX 371863,    Pittsburgh, PA 15250-7863
515486789     +Weichert Financial Srv,    1625 Rte 10,    Morris Plains, NJ 07950-2900
515486758     +healthcare revenue recovery group,    p.o. box 459080,    Fort Lauderdale, FL 33345-9080
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2018 00:16:25      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2018 00:16:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      Ally Capital,
                serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN  55113-0004
cr             E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      Ally Financial,
                PO Box 130424,    Roseville, MN  55113-0004
515486727     +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 18 2018 00:15:21      ALLIANCE ONE,
                P.O. BOX 3101,    Southeastern, PA 19398-3101
515486729     +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      ALLY FINANCIAL,
                P.O. BOX 380901,    Minneapolis, MN 55438-0901
515486728     +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      ALLY FINANCIAL,
                200 RENAISSANCE CENTER,    Detroit, MI 48243-1300
515486733     +E-mail/Text: bkrpt@retrievalmasters.com Aug 18 2018 00:16:19      AMERICAN MEDICAL COLLECTION,
                P.O. BOX 1235,    Elmsford, NY 10523-0935
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Aug 17, 2018
                               Form ID: pdf901              Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515517125        E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2018 00:15:21      Ally Capital,    PO Box 130424,
                  Roseville, MN 55113-0004
515486730       +E-mail/Text: bkrpt@retrievalmasters.com Aug 18 2018 00:16:19      Amca,    2269 S Saw Mill,
                  Elmsford, NY 10523-3832
515502668        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2018 00:22:01
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK 73126-8941
515486739       +E-mail/Text: info@chcollects.com Aug 18 2018 00:17:45      C&H COLLECTIONS,    P.O. BOX 1399,
                  Merchantville, NJ 08109-0399
515486746       +E-mail/Text: legal-dept@cooperhealth.edu Aug 18 2018 00:18:01      COOPER HOSPITAL,
                  1 COOPER PLAZA,   Camden, NJ 08103-1489
515486747       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 18 2018 00:17:37
                  CREDIT COLLECTION SERVICES,    TWO WELLS AVE.,    Newton Center, MA 02459-3246
515486741       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 00:21:19       Cap One,
                  Po Box 5253,   Carol Stream, IL 60197-5253
515486740       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 00:21:19       Cap One,
                  Po Box 30253,   Salt Lake City, UT 84130-0253
515486742       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 00:21:49       Capital 1 Bank,
                  Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
515486748       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 18 2018 00:21:27       Credit One Bank,
                  Po Box 98873,   Las Vegas, NV 89193-8873
515486750       +E-mail/Text: bankruptcynotices@dcicollect.com Aug 18 2018 00:17:15
                  DIVERSIFIED CONSULTANTS, INC,    P.O. BOX 551268,    JACKSONVILLE, FL 32255-1268
515486754       +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:20:44       GECRB/JC Penny,
                  Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
515486755       +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:21:13       GECRB/Linen N’ Things,
                  Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
515486756       +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:21:43       GECRB/Lowes,
                  Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
515486768       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 18 2018 00:15:28       Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515696885        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2018 00:21:29
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515486769       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 18 2018 00:16:20       Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
515486770       +E-mail/Text: bankruptcydepartment@tsico.com Aug 18 2018 00:17:26       NCO Financial Systems,
                  P.O. Box 15889,    Wilmington, DE 19850-5889
515696803        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2018 00:20:52
                  Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
515569629       +E-mail/Text: ecf@buckleyking.com Aug 18 2018 00:15:25       Sterling Jewelers, Inc.,
                  dba Jared The Galleria of Jewelry,    c/o Buckley King LPA,    600 Superior Avenue,  Suite 1400,
                  Cleveland, Ohio 44114-2693
515486782       +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 00:21:43       Syncb/walmart,    Po Box 965024,
                  Orlando, FL 32896-5024
515486731       +E-mail/Text: bkrpt@retrievalmasters.com Aug 18 2018 00:16:19       amca,    p.o. box 1235,
                  Elmsford, NY 10523-0935
                                                                                               TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516462784*       Ally Capital,   PO Box 130424,   Roseville MN 55113-0004
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                 Signature:  /s/Joseph Speetjens

```
District/off: 0312-1               User: admin              Page 3 of 3              Date Rcvd: Aug 17, 2018
                                   Form ID: pdf901          Total Noticed: 76
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:

              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Michael A Branca ecfbc@comcast.net
              Mitchell L Chambers, Jr.    on behalf of Joint Debtor Nancy  Branca ecfbc@comcast.net
              R. A. Lebron    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE2 rsolarz@kmllawgroup.com
              Thomas R. Dominczyk    on behalf of Creditor    Sterling Jewelers, Inc. dba Jared The Galleria of
               Jewelry tdominczyk@mauricewutscher.com
                                                                                               TOTAL: 9