# *Office of the Chapter 13 Standing Trustee*

### *Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*                                      *Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*                        *Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*                            *Jenai M. Cerquoni\**
                                          *\*Certified Bankruptcy Assistant*
                                          †*Fellow, American College of Bankruptcy*

August 21, 2018

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy
       Debtor(s) Name:          Michael A. Branca and Nancy Branca
       Case No:                 15-18212  JNP
       Hearing Date:            N/A

Dear Judge Poslusny:

       Please accept this letter as a response to Debtor(s)' Motion/Application filed on August 17, 2018 for the above-captioned matter.

       The motion/application reflect the following standard fees:   $500.00 for the Prosecution of motion on behalf of debtor (nature of motion:   Motion to approve loan modification; hearing date:   09/18/2018); $300.00 for Filing and appearance on a modified Chapter 13 plan; and $100.00 for Preparation and filing of other amended schedules for a total of $900.00.  However, #3 of the motion/application reflect attorney is seeking the fee amount of $300.00 payable through the plan.  In addition, the proposed form of Order reflects the allowed and total fee amount of $800.00 payable through the plan.

       **Please note that Debtor(s)' counsel will be required to submit the amended Order to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

       As always, the Court is welcome to contact the Trustee with any concerns.

                        Respectfully submitted,

                        *OFFICE OF THE CHAPTER 13*
                        *STANDING TRUSTEE*

                        */s/ Isabel C. Balboa*

                        **ISABEL C. BALBOA**
                        Chapter 13 Standing Trustee

ICB:lka

c:     Mitchell Lee Chambers, Jr., Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
       Michael A. Branca and Nancy Branca   (Debtors')   (via First Class Mail)